

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mickey Wayne Lewis, Appellant

No. 06-19-00171-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 46855-B). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment (1) to reflect the correct statute of offense as Article 62.102(b)(2) of the Texas Code of Criminal Procedure and (2) by deleting the language "ATTY FEE[]S: TBD." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Mickey Wayne Lewis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 14, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk